**Order entered November 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00236-CR

**OTIS GARDNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-56220-Q**

## ORDER

The Court **REINSTATES** the appeal.

On October 29, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by appointed counsel J. Daniel Oliphant; (3) Mr. Oliphant's explanation for the delay in filing appellant's brief is his workload; and (4) Mr. Oliphant requested until December 27, 2013 to file appellant's brief.

We **ORDER** appellant to file his brief by **FRIDAY, DECEMBER 27, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
         JUSTICE